IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
| V. | ) | |
| | ) | 3:18-CV-1448-G (BN) |
| JOSEPH P. URSO, | ) | |
| | ) | |
| Respondent. | ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge dated August 21, 2018, the court finds that the findings and recommendation of the magistrate judge are correct and they are accepted as the findings and recommendation of the court.

It is therefore **ORDERED** that the findings and recommendation of the United States Magistrate Judge are accepted.

The court hereby **GRANTS** the petition to enforce IRS summons (docket entry 1), and **ORDERS** that Joseph P. Urso fully comply with the IRS summons served on December 28, 2017 by Senior Revenue Agent Jeffrey Bacon by appearing for an interview with IRS personnel, at a location to be determined by the IRS, on

September 6, 2018 and by producing all documents responsive to the summons by September 6, 2018.

**SO ORDERED.**

September 17, 2018.

_____
**A. JOE FISH**
**Senior United States District Judge**